**AO257** (USAO Rev. 6/99)

**H-07-36**

PER 18 U.S.C. 3170

**Marshal's Office/Clerk's Office**

Sealed

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

Public and unofficial staff access
to this instrument are
prohibited by **DEFENDANT - U.S. vs.**

| BY: | Complaint | Information | ✔ Indictment |

Name of District Court, and/or Judge/Magistrate Location (City)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Name and Office of Person
Furnishing Information on
THIS FORM

DONALD J. DeGABRIELLE, JR., USA
✔ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)

Peter Mason

ISIDRO LEAL GO... UN-SEALED PER Order 4/10/07

Address ▓▓▓▓▓▓

Birth Date ▓▓▓▓▓▓    ✔ Male   ☐ Alien (if applicable)
☐ Female

Social Security Number

**Proceeding**

Name of Complainant Agency, or Person (& Title, if any)

**DEA, SAs Conn & Cornelius**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reproduction of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense   Southern District of Texas

☐ Petty
☐ Minor
☐ Misdemeanor
✔ Felony

**Defendant**

**IS NOT IN CUSTODY**
1) ✔ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction                  } Fed'l    State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes    If "Yes" give date filed
☐ No

**DATE OF ARREST** ▶

Or . . . if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION -STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Ct. 1: Conspiracy to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance [21 USC §§ 846, 841(a)(1) and 841(b)(1)(A)(ii)].

Ct. 3: Conspiracy to Commit Money Laundering (Promotion) [18 USC § 1956(a)(1)(A)(i) and (h)].

**Penalties**

Cts. 1: Not less than 10 yrs. or more than life in prison; a fine of up to $4,000,000; and at least 5 yrs. supervised release.

Cts. 3: A term of imprisonment of not more than 20 yrs., a fine not more than $500,000, and a term of supervised release of not more than 3 yrs.