UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Sealed**
Public and unofficial staff a...
to this instrument ar...
prohibited by court or...

| | |
|---|---|
| UNITED STATES OF AMERICA | H-07- 36 |
| v. | CRIMINAL NO: |
| ISIDRO LEAL GONZALEZ (aka Chilo) | UN-SEALED PER Order 4/10/07 |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A __CRIMINAL INDICTMENT__ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

ISIDRO LEAL GONZALEZ
(aka Chilo)

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on _February 7_, 20 _07_.

_____
UNITED STATES MAGISTRATE JUDGE